UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DILENIA PAGUADA, Individually, and On Behalf of All Others Similarly Situated,

        Plaintiff,

-against-

AMERICAN FLOOR MATS, LLC,

        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/8/2022_

22 Civ. 1830 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' joint letter dated September 7, 2022. ECF No. 19. Accordingly, the case management conference scheduled for September 14, 2022, is ADJOURNED *sine die*. By **September 13, 2022**, the parties shall file any pre-motion letters for summary judgment.

    SO ORDERED.

Dated: September 8, 2022
       New York, New York

                                          ANALISA TORRES
                                        United States District Judge