UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

DILENIA PAGUADA, Individually, and On Behalf
of All Others Similarly Situated,

                       Plaintiff,                        22-CV-1830 (AT)

     -against-                            **ORDER**

AMERICAN FLOOR MATS, LLC,

                       Defendant.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

On September 8, 2022, this case was assigned to me for settlement. The parties are ordered to file a joint letter no later than **Thursday, September 22, 2022,** providing the Court an update on the status of any settlement discussions thus far and whether the parties would like to schedule a settlement conference at this time.

**SO ORDERED.**

DATED:    New York, New York
                September 12, 2022

_____
VALERIE FIGUEREDO
United States Magistrate Judge